IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


ISSAQUENA AND WARREN COUNTIES LAND
COMPANY, LLC; GARY K. BLAKENEY;
KENNETH D. BLAKENEY; EARNEST K.
BLAKENEY and ROSE C. BLAKENEY;
ROBERT D. AINSWORTH; PAM HALEY;
KEITH HAWSEY; TOMMY L. THRASH;
JOSH L. THRASH; MIKE SUTTON;
MICHAEL R. McTURNER and DONNA M.
McTURNER; ERVIN RAY and FAY RAY;
GARY RAY; HUGH J. PARKER and
CYNTHIA B. PARKER; JOEY HAVENS;
AND MARTY ELROD                                          PLAINTIFFS

VS.                              CIVIL ACTION NO. 5:07-cv-106(DCB)(JMR)

WARREN COUNTY, MISSISSIPPI BOARD
OF SUPERVISORS; PAW PAW ISLAND
LAND CO., INC.; JOHN LINDIGRIN;
PAUL E. WINFIELD; DAVID McDONALD;
WILLIAM H. BANKS, JR.; CHARLES
SELMON; CARL FLANDERS; RICHARD
GEORGE; W. RICHARD JOHNSON; JOSEPH
G. STRICKLAND; AND JOHN DOES 1-100                      DEFENDANTS


ORDER SETTING ASIDE DEFAULT

This cause is before the Court on defendants Paw Paw Island

Land Co., Inc., and John Lindigrin's motion to set aside the

Clerk's Entry of Default **(docket entry 115).** Having carefully

considered the motion and the plaintiffs' response thereto, the

Court finds as follows:

Inasmuch as the plaintiffs do not oppose the defendants'

motion, it shall be granted.  Accordingly,

IT IS HEREBY ORDERED that defendants Paw Paw Island Land Co.,

Inc., and John Lindigrin's motion to set aside the Clerk's Entry of

Default **(docket entry 115)** is GRANTED, and the Entry of Default

(docket entry 114) is hereby set aside.

SO ORDERED, this the 17th day of June, 2008.


/s/ David Bramlette
UNITED STATES DISTRICT JUDGE