```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                  WESTERN DIVISION


ISSAQUENA AND WARREN COUNTIES LAND
COMPANY, LLC, ET AL.                              PLAINTIFFS/
                                           COUNTER-DEFENDANTS

VS.                      CIVIL ACTION NO. 5:07-cv-106(DCB)(JMR)

WARREN COUNTY, MISSISSIPPI BOARD
OF SUPERVISORS, ET AL.                             DEFENDANTS/
                                            COUNTER-PLAINTIFFS
```

ORDER

This cause is before the Court on defendant Paw Paw Island Land Co., Inc.'s motion for preliminary injunction (docket entry 616). On October 22, 2012, the Court held a hearing on the motion. If there are additional arguments or the need for an evidentiary hearing, the parties shall notify the Court within five (5) days from the date of entry of this Order, and be prepared to present evidence or further arguments at 1:30 p.m. on November 7, 2012, in the event that the parties are unable to reach a settlement at the November 7 settlement conference. Hearing nothing within five days, the Court will presume that the parties rest on their arguments which were presented on October 22, 2012.

SO ORDERED, this the 26th day of October, 2012.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE