```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION

ISSAQUENA AND WARREN COUNTIES LAND
COMPANY, LLC, ET AL.                              PLAINTIFFS/
                                            COUNTER-DEFENDANTS

VS.                      CIVIL ACTION NO. 5:07-cv-106(DCB)(JMR)

WARREN COUNTY, MISSISSIPPI BOARD
OF SUPERVISORS, ET AL.                            DEFENDANTS/
                                            COUNTER-PLAINTIFFS
```

ORDER

This cause is before the Court on the following motions: motions for summary judgment **(docket entries 368, 373, 374, 376, 378, 495, 507, 579, and 582); motion for review of magistrate judge's order (docket entry 396);** motion for extension of time **(docket entry 422);** motions to strike **(docket entries 425 and 427);** motions in limine **(docket entries 461 and 506);** motion for leave to file excess pages **(docket entry 476);** motions to dismiss **(docket entries 565 and 567);** and motion for preliminary injunction **(docket entry 616).** The parties having announced a settlement of this action, the Court finds that the motions should be denied without prejudice. Accordingly,

IT IS HEREBY ORDERED that the aforesaid motions are DENIED WITHOUT PREJUDICE.

SO ORDERED, this the 8th day of November, 2012.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE